UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID L. BELMONTE,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>KING COUNTY, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-01763-TSZ-TLF<br><br>REPORT AND RECOMMENDATION<br><br>Noted for <u>December 26, 2024</u> |

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge Theresa L. Fricke. Plaintiff David L. Belmonte, proceeding *pro se*, filed a proposed complaint on October 23, 2024. Dkt. 1. Plaintiff did not pay the filing fee or file an application to proceed *in forma pauperis* ("IFP"). *See* Dkt. 1.

On October 30, 2024, the Clerk of Court sent plaintiff a letter notifying plaintiff that he had failed to meet the filing fee requirement and had failed to submit a prison trust account statement. Dkt. 2. The Clerk of Court instructed plaintiff to submit the $405.00 filing fee or an application to proceed IFP as well as a certified copy of his prison trust account statement showing transactions for the last six months. *Id*. The Clerk of Court warned plaintiff that if he did not respond to the letter by November 29, 2024, the action may be subject to dismissal. *Id*.

Plaintiff has not responded to the Clerk of Court's letter, has not paid the filing fee, and has not filed an application to proceed IFP or a prison trust account statement.

REPORT AND RECOMMENDATION - 1

As plaintiff has failed to prosecute this case, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on **December 26, 2024**, as noted in the caption.

Dated this 10th day of December, 2024.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2